David R. King, Esq.
dking@herrick.com
**HERRICK, FEINSTEIN LLP**
One Gateway Center
Newark, NJ 07102
Telephone: (973) 274-2000

Danny M. Awdeh (*pro hac vice* to be filed)
Patrick J. Rodgers (*pro hac vice* to be filed)
Maxime I. Jarquin (*pro hac vice* to be filed)
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
901 New York Avenue, NW
Washington, DC 20001-4413
Telephone: (202) 408-4000

Morgan E. Smith (*pro hac vice* to be filed)
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
3300 Hillview Avenue
Palo Alto, CA 94304
Telephone: (650) 849-6600

Jonathan Z. King (*pro hac vice* to be filed)
**COWAN, LIEBOWITZ & LATMAN, P.C.**
114 West 47th Street
New York, NY 10036
(212) 790-9200

*Attorneys for Plaintiff PIM Brands, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| PIM BRANDS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>NEW CIBO VITA LLC,<br><br>Defendant. | Civil Action No. 25-____<br><br>*Document Electronically Filed* |

# COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff PIM Brands, Inc. ("PIM") alleges against Defendant New Cibo Vita LLC ("Cibo Vita") as follows, upon actual knowledge with respect to itself and its own acts, and upon information and belief as to all other matters.

**NATURE OF THE ACTION**

1. This is a civil action for false advertising under the Lanham Act, 15 U.S.C., *et seq.*, and unfair competition under New Jersey common law.

2. PIM is one of North America's leading manufacturers and marketers of popular brand name confections, fruit snacks, and candy products. In 2001, PIM launched Welch's Fruit Snacks, which would become the industry's top selling brand of fruit snack products. It is rated as the number one brand of fruit snacks in household penetration, loyalty, and purchase rates.

3. Building on the immense popularity of Welch's Fruit Snacks, in 2006 PIM introduced a key line extension—Welch's Fruit 'n Yogurt Snacks, comprised of whole fruit surrounded by a layer of creamy yogurt. Like its predecessor, Welch's Fruit 'n Yogurt Snacks has become immensely popular, with millions sold through major retailers nationwide and internationally.



4. With PIM in its sights, in 2023, Cibo Vita set out to compete head-to-head with Welch's Fruit 'n Yogurt Snacks by introducing its copycat yogurt-covered fruit-based product "Nature's Garden Probiotic Yoggies Snack Packs" ("Yoggies"). But instead of competing fairly on a level playing field, Cibo Vita resorted to copying and deception to fast-track its market entry and get an unfair boost at the expense of consumers and PIM. The product was deliberately designed to look exactly like Welch's Fruit 'n Yogurt Snacks, copying the arbitrary and unique spherical shape in a creamy white yogurt covering with contrasting colored cube-like corners and edges peeking through the white coating used by PIM for nearly two decades (side-by-side comparison below).



*Welch's Fruit 'n Yogurt Snacks*




*Nature's Garden Yoggies*

5. To give its lookalike product an unlawful "edge" in the market, Cibo Vita deployed grossly false and misleading marketing claims touting purported health benefits delivered through "scientifically backed technology." PIM has learned and verified that many of these claims are false. At the heart of its messaging, Cibo Vita claims its Yoggies contain "2 BILLION PROBIOTIC CULTURES" and "NO ARTIFICIAL INGREDIENTS," and promises consumers that "[w]hile you fall in love with the delicious real fruit flavor of our Yoggies, 2 billion probiotic cultures . . . will be working ***to ensure your digestive system remains in tip-top***

***shape***." These and other product and health claims feature prominently on Cibo Vita's packaging (shown below) and suffuse Cibo Vita's website, social media, and other marketing materials.




6. The "2 BILLION PROBIOTIC CULTURES" Cibo Vita so prominently advertises are nowhere to be found in the product itself. Far from what Cibo Vita claims, PIM has independently verified that a serving of Yoggies does not contain 2 billion probiotic cultures or anywhere near it.

7. Cibo Vita's "NO ARTIFICIAL INGREDIENTS" claim is no more truthful. Yoggies' labeling lists chemically engineered and artificially processed ingredients, namely, Microencapsulated Probiotic Lactobacillus Rhamnosus GG.

8. By falsely promising that Yoggies are "healthier-for-you" and "better for you," Cibo Vita preys on consumers trying to make healthy choices for themselves and their families, duping them into purchasing the products for the perceived health benefits that Yoggies' products simply do not have. Unfortunately, consumers are falling for Cibo Vita's deception. As one verified consumer posted on Cibo Vita's website, "I got tired of taking Probiotic Pills so this

is a great alternative. Will purchase again." Another consumer posted an Amazon review proclaiming that Yoggies product proclaiming "taste[s] much better than a probiotic tablet or pill. Plus I'm never quite certain what is in a probiotic pill but I am pretty certain of what is in this product."

9. PIM welcomes fair competition, including from Cibo Vita. But Cibo Vita must compete on a level playing field with *truthful* advertising. Unfortunately, Cibo Vita strayed from its legal obligations in a brazen attempt to capture market share from PIM and others to which it is not entitled by turning to lies and deception through fictionalized advertising that does not reflect the true nature of its "Probiotic" Yoggies snacks.

10. The harm Cibo Vita has caused and continues to cause to consumers and PIM through its false advertising must come to an end. PIM has lost sales and suffered other harm resulting from Cibo Vita's unlawful conduct. Among other things, PIM seeks monetary and injunctive relief to stop Cibo Vita from advertising that Yoggies have the ingredients and health benefits it falsely claims.

## THE PARTIES

11. Plaintiff PIM Brands, Inc. is a Delaware corporation with a principal place of business at 1 PIM Plaza, Park Ridge, NJ 07656.

12. Defendant New Cibo Vita LLC is a Delaware limited liability company with a principal place of business at 12 Vreeland Ave, Totowa, NJ 07512.

## JURISDICTION AND VENUE

13. This action arises under the federal Lanham Act, 15 U.S.C. § 1051, *et. seq.*, and under the common law of the State of New Jersey. This Court has jurisdiction over the subject matter of this action pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338(a) and (b).

This Court has supplemental jurisdiction over PIM's common law claim pursuant to 28 U.S.C. § 1367 because that claim is substantially related to PIM's federal Lanham Act claim.

14. This court has personal jurisdiction over Cibo Vita, and venue is proper in the District of New Jersey pursuant to 28 U.S.C. § 1391(b) and (c), because Cibo Vita is domiciled in this District and has committed acts in this District or directed acts at this District constituting or contributing to the false advertising alleged, so that a substantial part of the acts and events giving rise to the claims occurred in, or were directed at, this judicial District. Indeed, Cibo Vita has directed its false advertising into this District and PIM is being harmed in this District.

## BACKGROUND FACTS

### I. PIM and Its Famous Snacks

15. Founded in 1979 as Promotion in Motion (renamed to PIM Brands, Inc. in 2021), PIM was started in the founder's college dorm room at American University.

16. Despite starting out with only $150, PIM has since established itself as one of America's preeminent snack food companies.

17. In 2001, PIM transformed the snack food landscape when it launched Welch's Fruit Snacks, pursuant to a license from Welch Foods, Inc., which has granted PIM the exclusive right to use the WELCH'S trademark and variations of that mark in connection with fruit snacks and other products. Welch's Fruit Snacks would become, and still is, one of the top selling fruit snacks worldwide.




18. In order to build on the remarkable commercial success of Welch's Fruit Snacks, in 2006 PIM launched a line extension of the brand with Welch's Fruit 'n Yogurt Snacks (shown below). Given the enormous popularity of Welch's Fruit Snacks, consumers embraced the new product, which quickly became its own success story. PIM sells tens of millions of Welch's Fruit 'n Yogurt Snacks pouches annually, and the product can be found through popular retailers nationwide, including Target, Walmart, Safeway, Publix, H-E-B, and many others coast to coast.



## CIBO VITA'S WRONGFUL ACTIVITIES

### I. Cibo Vita and Its Nature's Garden Yoggies Knockoff

19. Defendant Cibo Vita is a snack food manufacturer that primarily does business under its flagship brand name "Nature's Garden," which was launched in 2011.

20. Cibo Vita promotes itself as a manufacturer of "high-quality, innovative, 'better for you' snacks" intended "for today's health-conscious, mindful snackers."

21. Looking to compete head-to-head with PIM's Welch's Fruit 'n Yogurt Snacks, in 2023 Cibo Vita launched its "Probiotic Strawberry Yoggies" under the Nature's Garden brand name. Cibo Vita's targeting of Welch's Fruit 'n Yogurt Snacks is obvious in the ways it markets its product. For example, just as PIM's packaging describes Welch's Fruit 'n Yogurt Snacks as "whole fruit surrounded by creamy yogurt." Cibo Vita describes Yoggies as "real fruit pieces, coated in delectably smooth yogurt."

22. Additionally, rather than designing a distinct look for its product—the way PIM did—Cibo Vita instead opted to copy the look of PIM's product slavishly. Welch's Fruit 'n Yogurt Snacks were purposefully designed with an arbitrary and distinctive look to distinguish them in the marketplace: they are spherical in shape with a creamy white color marked by contrasting colored cube-like corners and red edges peeking through the white coating. For no reason other than to copy PIM's product, Cibo Vita deliberately designed Yoggies fruit snacks to look virtually identical to Welch's Fruit 'n Yogurt Snacks:






*Welch's Fruit 'n Yogurt Snacks* *Nature's Garden Yoggies*

23. And, to make matters worse, Cibo Vita has filed U.S Trademark Application Serial No. 98770815 claiming this precise three-dimensional product design as its own:



Indeed, even though Cibo Vita clearly knows that PIM has been using this distinctive design for nearly two decades, Cibo Vita falsely attested to the U.S.P.T.O. that "[t]o the best of the signatory's knowledge and belief, no other persons … have the right to use the mark in commerce …" Cibo Vita's fraudulent application has not yet been examined, but PIM will if necessary take appropriate action in the Trademark Trial and Appeal Board if it is ever published for opposition. The application stands as further proof that Cibo Vita plans to use deception and misrepresentation as its means for competing with PIM.

## II. Cibo Vita's False and Misleading Advertising Claims

### A. The False and Misleading Probiotic Claims

24. To give itself an "edge" relative to PIM and others, Cibo Vita markets Yoggies snacks as a "healthier" alternative.

25. Cibo Vita calls its product "***Probiotic*** Yoggies Snack Packs" (emphasis added) and advertises that the snacks contain billions of probiotic cultures per serving (the "Probiotic Claims"). As detailed below, Cibo Vita's Probiotics Claims are in fact the centerpiece of its marketing, and an extraordinarily deceptive one at that.

26. The claim "✓ 2 BILLION PROBIOTIC CULTURES" features prominently on Yoggies packaging:



27. The back panel of the packaging also touts billions of probiotics, stating that "what makes our Yoggies more than a simply scrumptious snack is the ***billions of probiotics*** . . . tucked away inside." (emphasis added).

28. The back panel further highlights the purported health benefits of the probiotics: "While enjoying their yogurty-tang, our probiotics will work to ensure your digestive system remains in tip-top shape."












29. Cibo Vita also features Probiotic Claims on its Nature's Garden website. For example, the product page for Cibo Vita's Strawberry Yoggies states "Each Yoggies is loaded with dietary fiber and probiotics – 2 billion per serving to be exact."






30. That product page also says, "Reap the wonders of billions of probiotics with Nature's Garden Probiotic Strawberry Yoggies – a snack that's delicious and functional for the whole family."




Real fruit and creamy, natural yogurt in a bite-sized snack… need we say more? Reap the wonders of billions of probiotics with Nature's Garden Probiotic Strawberry Yoggies – a snack that's delicious and functional for the whole family. Chow down with this healthier-for-you treat that's creamy, chewy, and crazy delicious.

31. Cibo Vita's website also contains multiple blog posts touting Yoggies and its asserted probiotic benefits. For example, a blog post from February 19, 2024 (available as of February 13, 2025) states: "At Nature's Garden we love to think of ourselves as the bridge between taste and wellness. Our passion is to create products that not only taste good - but are also better for you. Imagine enjoying ***2 billion probiotics in a luscious fruit bite*** wrapped in creamy yogurt, or ***5 billion live probiotics*** combined with the immune-boosting power of elderberry, Vitamin C, and D. Intriguing - we know!" (emphasis added).

32. In another blog post from December 6, 2023 (available as of February 13, 2025), Cibo Vita claims that: "The creamy yogurt coating that envelops each Yoggie is brimming with billions of probiotics. Probiotics are live bacteria that play a crucial role in maintaining a healthy gut biome. They enhance digestion and support your immune system. What sets our Yoggies apart is our patented microencapsulation system, ensuring that the power of each probiotic is retained as it journeys through your digestive system."

33. On some product packages, Cibo Vita goes even further, claiming that its Probiotic Strawberry Yoggies contain not just "2 BILLION," but rather "5 BILLION PROBIOTIC CULTURES," as shown in the Nature Garden's Facebook post below.




34. Cibo Vita makes the Probiotic Claims in an explicit attempt to communicate to consumers that the claimed billions of probiotics in Yoggies snacks make them healthier, and thus superior, to PIM's products. For example, in one of Cibo Vita's most watched social media ads, a pregnant woman walks through an airport while looking at snack food options, including PIM's

Welch's Fruit Snacks, and states that the other options are "so overpriced" and "are just not that good," while she promotes the alleged "2 billion probiotics" in Yoggies snacks.







35. Cibo Vita's Probiotics Claims have engendered undeserved positive media attention further amplifying the false claims to more consumers. For example, in 2023, Nature's Garden Probiotic Strawberry Yoggies was named the 2023 sofi™ New Product Award Winner in the Confectionery/Non-Chocolate category. But as set forth below, those claims, which are at the heart of Cibo Vita's aggressive marketing of its product, are demonstrably false and unlawful.

**B. Cibo Vita's Probiotic Claims Have Been Proven False**

36. Cibo Vita's Probiotic Claims are literally false, deceptive, and misleading. PIM has commissioned independent, industry-standard testing of Yoggies snacks, which confirmed that an individual serving does not contain 2 billion probiotic colony-forming units (CFU), a measure of live bacteria in probiotic products.

37. As confirmed by PIM's testing, a serving of Yoggies snacks contains in the range of only 0.1% to 33% of the 2 billion probiotic cultures touted in the Probiotic Claims (or in the range of only 0.04% to 13.2% of the 5 billion Cibo Vita has claimed on some packages). The claims are not just literally false, but at an extremely egregious level of misrepresentation.

38. Cibo Vita also claims that the nonexistent "2 billion probiotic cultures" in Yoggies are "microencapsulated" in a "patented system," giving consumers the false impression that there is something special about or an added benefit to the purported probiotics. Whatever the "patented system" may be, it does not change the fact that the "2 billion probiotic cultures" ***are not in the product***.

39. Irrespective of whether they are "microencapsulated" in a "patented system," the small proportion of the probiotic cultures that Cibo Vita falsely claims is in its products does not impart the health benefits Cibo Vita so brazenly advertises.

40. Cibo Vita's false Probiotic Claims take advantage of an ever-growing health-conscious consumer population. Probiotics have seen increasing popularity in recent years, as consumers are more and more aware of the importance of gut health and the gut microbiome. The interest in improving digestive and immune health among consumers is on the rise, with consumers turning to probiotic products to help them achieve those goals. The Probiotic Claims are material to whether consumers decide to purchase Yoggies.

41. Online product reviews for the Yoggies products on amazon.com (shown below) reveal that consumers purchase Yoggies snacks precisely because they believe and rely on the Probiotic Claims, reflecting the material nature of the Probiotic Claims.

T.I.A.

★★★★★ **Way too delicious to stop at one serving...but do or else your belly might disagree!**

Reviewed in the United States on April 23, 2023

**Amazon Vine Customer Review of Free Product** ( What's this? )

Probiotics are a critical component in one's daily nutrition regiment. And wrapped up like fruit snacks!?! Nature's Garden hit a home run on this product! The strawberry flavor is like eating a handful of super fresh berries, or even a gummy version of some homemade strawberry jam. There is just the right amount of yogurt covering on each one that complements the strawberry bites wonderfully. There are between 12-15 in each bag, based upon the +/-10 I have eaten so far. While I don't have any way of truly confirming the quantity of probiotic cultures that exist, I can confirm that my stomach and innards have been 'moving' along just fine... Word of caution, though: do not eat more servings at once than prescribed/suggested on the serving information, or else you might get a bit gassy and have cause to visit the restroom rather quickly. This, as unscientific as it may be, leads me to believe that these are legit, probiotic snacks. These are delicious, and both my children and I love the Yoggie Bites! My family highly recommends them for children and adults, alike.

Sarah B.

★★★★★ **Delicious snacks!**

Reviewed in the United States on April 26, 2024

**Verified Purchase**

Saw these at my work one day and had one and they were so delicious. So I bought a bag of these and for the amount in the wholesale bag, it lasted me for the month (if I practiced self-control). I love that it is a probiotic snack and it tastes delicious without the guilt. Just don't leave it in a hot area, otherwise, they will melt bc it is a yogurt coating. Other than that, love them and will be buying another pack soon.

Shannon R.

★★★★★ **Delicious**

Reviewed in the United States on March 8, 2024

**Verified Purchase**

I was looking for a healthier snack to munch on while I'm at work - when I came across these little nuggets - and am honestly surprised at how yummy they are. The texture is like a gummy, but wrapped in a delicious yogurt coating (with a bunch of probiotics). Like a chocolate covered raisin, but healthier. 10/10 would recommend.

42. Indeed, some consumers even eat Yoggies specifically to complement or even replace probiotic supplements. For example, a representative review posted on amazon.com on December 23, 2023, and shown below, is titled "Better than a Probiotic pill, simple ingredients" and states that Yoggies "taste much better than a probiotic tablet or pill. Plus I'm never quite certain what is in a probiotic pill but I am pretty certain of what is in this product."

Scubi Scoti

★★★★★ **Better than a Probiotic pill, simple ingredients.**

Reviewed in the United States on December 15, 2023

Verified Purchase

These taste much better than a probiotic tablet or pill. Plus I'm never quite certain what is in a probiotic pill but I am pretty certain of what is in this product. They're quick and easy to snack on in the morning and so far I haven't found any issues with them.



43. Likewise, consumer reviews on Cibo Vita's website, naturesgarden.net, further confirm that consumers believe and rely on the material Probiotic Claims when deciding to purchase Yoggies. One verified consumer posted a review on April 8, 2024, stating that she uses Yoggies snacks to replace her dedicated probiotic supplements: "I got tired of taking Probiotic Pills so this is a great alternative. Will purchase again."

Vicky F.
Verified Buyer
ⓘ Incentivized review

★★★★★ We really like this probiotic. 04/19/24

We really like this probiotic. The size is just right and they taste so good! Will definitely purchase again 😊

Cherie
Verified Buyer
ⓘ Incentivized review

★★★★★ Verified by shop 04/08/24

Excellent taste and good for you, I got tired of taking Probiotic Pills so this is a great alternative,Will purchase again.

Nicole H.
Verified Buyer
ⓘ Incentivized review

★★★★★ amazing! 03/27/24

Great for kids and adults! I never knew probiotics could taste sooo good!

Sherri
Verified Buyer
ⓘ Incentivized review

★★★★★ Love these!! This is a 02/29/24

Love these!! This is a super easy and yummy way to get your probiotics.

44. These responses illustrate two critical features of Cibo Vita's false claims. First, they clearly mislead consumers by grossly exaggerating the quantities of probiotics in Yoggies.

Second, those false claims are material to consumers' purchase decisions, because they rely on them to select Yoggies over other products, including Welch's Fruit 'n Yogurt Snacks. For example, by misleading consumers into believing that a serving of Yoggies snacks provides the number of probiotics stated in the Probiotic Claims, Cibo Vita has caused consumers to forego the benefits of true probiotic supplements and to waste their hard-earned money on products they would not have otherwise purchased.

45. Moreover, Cibo Vita's Probiotic Claims unlawfully imply to consumers that Welch's Fruit 'n Yogurt snacks are an unhealthy choice, or that they that should be replaced with Yoggies, a purportedly healthier alternative. The social media ad depicted above, where a pregnant woman selects Yoggies over Welch's Fruit Snacks is one obvious example. As a result, Cibo Vita's false statements have irreparably injured and are likely to continue injuring PIM's business, reputation, and customer goodwill.

**C. The False and Misleading Ingredients Claims**

46. Cibo Vita's false advertising does not stop at its Probiotics Claims. It also makes the claim that Yoggies does not contain artificial ingredients (the "Ingredient Claims"). The Ingredient Claims are, like the Probiotic Claims, literally false.

47. On the front panel of the packaging for some of the Yoggies products, Cibo Vita makes the following promise: "✓ NO ARTIFICIAL INGREDIENTS."




48. Cibo Vita's false Ingredients Claims are bolstered by the language "POWERED BY PLANTS" on the top of every Yoggies front label, which further suggests to consumers that the product is made without any artificial ingredients.




49. Furthermore, Cibo Vita's use of the brand name "Nature's Garden," in conjunction with the overall product packaging containing the statements identified above in Paragraphs 47 and 48, clearly communicates to consumers that the company's snack products are made without any artificial ingredients. These various claims are part of Cibo Vita's concerted plan to mislead consumers about the health benefits of Yoggies.

50. Despite these repeated representations, the ingredients panel on the back of the Yoggies packages reveals that Cibo Vita's product is made with an artificial ingredient Microencapsulated Probiotic Lactobacillus Rhamnosus GG.

51. Microencapsulated Probiotic Lactobacillus Rhamnosus GG describes the strain of probiotics in the microencapsulation technology that is allegedly in the Yoggies product. Though Lactobacillus Rhamnosus GG is itself naturally occurring, the microencapsulation required to artificially preserve it is synthetically developed and does not exist in nature.

52. Consumers considering the Yoggies product label and taking the Ingredient Claims as true would reasonably believe that Microencapsulated Probiotic Lactobacillus Rhamnosus GG is not an artificial ingredient.

53. Consumers considering the Yoggies product label and taking the Ingredient Claims as true would reasonably believe that Microencapsulated Probiotic Lactobacillus Rhamnosus GG is not made using an artificial process.

54. Cibo Vita's false and misleading Ingredient Claims harm consumers who purchase Yoggies because of their interest in healthy foods with no artificial ingredients.

55. Cibo Vita's false and misleading Ingredient Claims also convey to consumers the implied claim that Welch's Fruit 'n Yogurt Snacks are an unhealthy choice that should be replaced with Yoggies, a purportedly healthier alternative, when in fact Yoggies are not a healthier option. PIM's has sold fewer Welch's Fruit 'n Yogurt Snacks as a result of Cibo Vita's false and misleading Ingredient Claims. As such, Cibo Vita's false statements have irreparably injured and are likely to continue irreparably injuring PIM's business, reputation, and customer goodwill.

56. The Ingredient Claims are material to whether consumers decide to purchase Yoggies. As indicated in the examples above, consumers purchase Yoggies because they are

misled into believing the product contains all-natural probiotics. These material, false claims are featured on Yoggies packaging and throughout its marketing.

**D. The False and Misleading "Healthy" Claims**

57. In addition to aggressively and falsely marketing the number of probiotic cultures in Yoggies and the purported lack of artificial ingredients, Cibo Vita positions and promotes Yoggies snacks as "healthy" by repeatedly stating that the product is a "healthy snack," "healthier-for-you" and "better for you" (the "Healthy Claims"). But yet again, these claims are false.

58. For example, on the homepage for its Nature's Garden website, Cibo Vita prominently declares: "We take snacking seriously! We want you to feel like the best YOU possible, so we create deliciously ***healthy snacks that support a better-for-you lifestyle***. Check out ***our best sellers*** - we like to think of them as snacking royalty!" (emphasis added). The referenced "best sellers" include Yoggies, among other products.

59. On the product page for its Strawberry Yoggies, Cibo Vita invites consumers to "Chow down with this ***healthier-for-you treat*** that's creamy, chewy, and crazy delicious." (emphasis added).

60. Despite its bold Healthy Claims, Cibo Vita's Yoggies snacks are not "healthy." Cibo Vita ***adds*** 7 grams of sugar per serving to the product, which also has 2.5 grams of saturated fat per serving. Per FDA guidelines, products like Yoggies must not exceed 2.5 grams of added sugar or 2 grams of saturated fat to qualify as "healthy." ***Yoggies has more than double the permitted amount of added sugar*** and exceeds 2 grams of saturated fat. The product is not "healthy," a health-snack, or a "seamless blend of taste, health, and innovation" as Cibo Vita claims.

61. Moreover, even if Cibo Vita's Yoggies snacks contained the claimed "2 billion probiotic cultures," which they do not, the mere presence of these probiotics alone is not enough for Cibo Vita to make the Healthy Claims. Whether a probiotic is "healthy" depends on how it is delivered to the body and its impact on the human body after ingestion. Cibo Vita offers no substantiation for its claim that Yoggies snacks have a healthy impact once ingested. Cibo Vita simply makes the claim.

62. These false Healthy Claims are amplified through Cibo Vita's social media on TikTok, Instagram, Facebook, Pinterest, and also appear on websites for popular retailers, including Walmart, Amazon, Costco, and Sam's Club.

63. The false and misleading Healthy Claims prey on consumers searching for healthy snacks. And they have been effective. Consumer testimonials reflect the material nature of these claims and resulting deception of parents (among others) duped into believing that the Yoggies product is a health-conscious choice and safe snack for their children. For example, in the YouTube video linked below, a mother refers to Yoggies as "snacks that you trust your kids to eat" and that are "mom approved."




(https://www.youtube.com/watch?v=rEXEw1gLT5g)

64. The false and misleading Healthy Claims cause consumers to believe that Yoggies are healthy and nutritious. The Healthy Claims are material to whether consumers decide to purchase Yoggies.

65. Cibo Vita's false and misleading Healthy Claims, as well as its advertising that directly implicates PIM's products, communicate to consumers that Welch's Fruit 'n Yogurt Snacks are an unhealthy choice that should be replaced with Yoggies snacks. As such, the claims have irreparably injured or are likely to continue irreparably injuring PIM's business, reputation, and customer goodwill.

## INJURY TO PIM AND THE PUBLIC

66. Cibo Vita's false and misleading advertising statements (i.e., the Probiotic Claims, Ingredient Claims, and Healthy Claims) regarding its Yoggies snacks are material and likely to mislead and have misled or deceived consumers into believing that the Yoggies snacks are something that they are not and/or contain characteristics or properties that they lack. Specifically, consumers are likely to believe and have already expressed their belief that Cibo Vita's Yoggies products contain billions of probiotics (which they do not), no artificial ingredients (which they do), and are healthier than alternatives (which they are not). In reality, each Yoggies' snack contains far fewer than the claimed number of probiotics (as discussed above) and artificially processed ingredients and are no healthier than comparable fruit snack products. Cibo Vita simply misrepresents literally and aggressively the nature, characteristics, qualities and ingredients of its products, to the detriment of consumers and those, like PIM, who compete lawfully in the competitive snack food market.

67. As a direct and proximate result of Cibo Vita's willfully deceptive actions, PIM has been irreparably harmed at multiple levels. Deceived consumers are likely to mistakenly believe that PIM's products are less healthy or otherwise inferior to Cibo Vita's. Likewise, the wholesale and retail trade have and are likely to continue to replace truthfully advertised products like PIM's with Cibo Vita's because of the false promise that Yoggies offer customers health benefits that competitors do not. PIM has sold fewer Welch's Fruit 'n Yogurt snacks as a result of Cibo Vita's deceptive conduct. While these deceptions cause great economic harm and loss of sales on PIM, they also impose reputational harm and a loss of goodwill that cannot be remedied at law, and unless enjoined, will continue to harm PIM irreparably.

68. Cibo Vita's misleading advertising statements, have injured and, if permitted to continue, will further injure consumers who have an interest in being free from deception.

**FIRST CLAIM FOR RELIEF**
**False and Misleading Advertising**
**Under Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a)(1)(B)**

69. PIM repeats and realleges each and every allegation set forth in Paragraphs 1-68 of this Complaint.

70. Cibo Vita has made and placed in interstate commerce false and/or misleading descriptions of fact and false and/or misleading misrepresentations of fact (i.e., the Probiotic Claims, Ingredient Claims, and Healthy Claims) that misrepresent the nature, characteristics, or qualities of Cibo Vita's Yoggies product, as set forth in Paragraphs 24-65 above, in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a)(1)(B).

71. Cibo Vita's false and/or misleading advertising has caused and, unless enjoined, is likely to continue causing: (a) confusion, deception, and mistake among consumers of snack foods, whose purchasing decisions are likely to be materially impacted by Cibo Vita's false and/or misleading claims about the nature, characteristics, and qualities of its Yoggies products; (b) PIM to suffer, as a direct and proximate effect of the false advertising, loss of goodwill and/or reputation, sales, and profits; (c) Cibo Vita to unfairly enjoy sales and profits to which it is not entitled; and (d) irreparable harm to PIM.

72. Cibo Vita's false and/or misleading statements of fact are material and likely to influence decisions of purchasers of snack foods to purchase Cibo Vita's Yoggies product.

73. Cibo Vita has willfully violated Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a)(1)(B), warranting an award of treble damages and attorneys' fees under 15 U.S.C. § 1117(a).

74. PIM has no adequate remedy at law for Cibo Vita's continuing acts of false advertising.

75. Cibo Vita's conduct has directly and proximately caused damages to PIM in an amount to be proven at trial.

**SECOND CLAIM FOR RELIEF**
**Unfair Competition**
**Under New Jersey Common Law**

76. PIM repeats and re-alleges each and every allegation set forth in Paragraphs 1-75 of this Complaint.

77. Cibo Vita has made and placed in interstate commerce false and/or misleading descriptions of fact and false and/or misleading misrepresentations of fact (i.e., the Probiotic Claims, Ingredient Claims, and Healthy Claims) that misrepresent the nature, characteristics, or qualities of Cibo Vita's Yoggies product, as set forth in Paragraphs 24-65 above.

78. Cibo Vita's false and/or misleading advertising has caused and, unless enjoined, is likely to continue causing: (a) confusion, deception, and mistake among consumers of snack foods, whose purchasing decisions are likely to be materially impacted by Cibo Vita's false and/or misleading claims about the nature, characteristics, and qualities of its Yoggies products; (b) PIM to suffer, as a direct and proximate effect of the false advertising, loss of goodwill and/or reputation, sales, and profits; (c) Cibo Vita to unfairly enjoy sales and profits to which it is not entitled; and (d) irreparable harm to PIM.

79. Cibo Vita's false and/or misleading statements of fact are material and likely to influence decisions of purchasers of snack foods to purchase Cibo Vita's Yoggies product.

80. PIM has no adequate remedy at law for Cibo Vita's continuing acts of false advertising.

81. Cibo Vita's conduct has directly and proximately caused damages to PIM in an amount to be proven at trial.

82. Cibo Vita's actions, described above, therefore constitute unfair competition under New Jersey common law.

## JURY DEMAND

Pursuant to Fed. R. Civ. P. 38, PIM respectfully demands a trial by jury on all issues properly triable by a jury in this action.

## PRAYER FOR RELIEF

WHEREFORE, PIM respectfully requests that this Court enter judgment in its favor on each and every claim for relief set forth above and award it relief including, but not limited to, the following:

A. An Order declaring that Cibo Vita's statements made in connection with its Yoggies product (i.e., the Probiotic Claims, Ingredient Claims, and Healthy Claims) constitute false and misleading advertising under federal law, and unfair competition under New Jersey common law, as detailed above;

B. An Order permanently enjoining Cibo Vita and its officers, directors, agents, servants, affiliates, employees, subsidiaries, parents, licensees, assigns, distributors, and customers, and all others acting in concert or participation with them, from further acts of false and/or misleading advertising, including but not limited to:

1. Making any of the Probiotic Claims, Ingredient Claims, and/or Healthy Claims by any means whatsoever, including in any commercial advertising or promotion;

2. Aiding, abetting, contributing to, or otherwise assisting anyone in engaging in or performing any of the activities referred to in subparagraph B(1); and

3. Effecting assignments or transfers, forming new entities or associations, or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth above;

C. An Order directing Cibo Vita to destroy all products, packaging, signage, advertisements, promotional materials, forms, and/or any other materials and things that use, contain, or bear any of the Probiotic Claims, Ingredient Claims, and/or Healthy Claims;

D. An Order directing Cibo Vita to disseminate corrective advertising and send letters, subject to PIM's pre-approval, to all customers, agents, partners, and/or representatives of Cibo Vita to address the deception caused by the Probiotic Claims, Ingredient Claims, and/or Healthy Claims;

E. An Order directing Cibo Vita to, within thirty (30) days after the entry of the permanent injunction, file with this Court and serve on PIM's attorneys a report in writing and under oath setting forth in detail the manner and form in which it has complied with the injunction;

F. An Order requiring Cibo Vita to account for and pay to PIM any and all profits arising from the foregoing acts, and increasing such profits by an amount the Court finds just under the circumstances proven at trial, in accordance with 15 U.S.C. § 1117;

G. An Order requiring Cibo Vita to pay PIM damages, in an amount as yet undetermined (and including pre- and post-judgment interest) caused by the foregoing acts, and trebling such damages in accordance with 15 U.S.C. § 1117;

H. An Order requiring Cibo Vita to pay PIM all its litigation expenses, including reasonable attorneys' fees and the costs of this action pursuant to 15 U.S.C. § 1117 and other applicable laws;

I. An Order requiring Cibo Vita to pay PIM punitive damages for unfair competition under New Jersey common law; and

J. Such other and further relief as the Court may deem just and proper.

Dated: February 24, 2025
Newark, New Jersey

**HERRICK, FEINSTEIN LLP**

s/ *David R. King*

David R. King, Esq.
dking@herrick.com
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 274-2000
Facsimile: (973) 274-2500

Danny M. Awdeh (*pro hac vice* to be filed)
Patrick J. Rodgers (*pro hac vice* to be filed)
Maxime I. Jarquin (*pro hac vice* to be filed)
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
901 New York Avenue, NW
Washington, DC 20001-4413
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Morgan E. Smith (*pro hac vice* to be filed)
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
3300 Hillview Avenue
Palo Alto, CA 94304
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

Jonathan Z. King (to be admitted *pro hac vice*)
**COWAN, LIEBOWITZ & LATMAN, P.C.**
114 West 47th Street
New York, NY 10036
(212) 790-9200
*Attorneys for Plaintiff PIM Brands, Inc.*