HERRICK

**David R. King**
**Partner**
973.274.2002
: 973.274.6407
dking@herrick.com

May 15, 2026

The proposed schedule below is **SO ORDERED**.

*/s/ André M. Espinosa*
ANDRÉ M. ESPINOSA
United States Magistrate Judge
Dated: May 18, 2026

**VIA ECF**
Hon. André M. Espinosa, U.S.M.J.
Martin Luther King, Jr. Federal and US Courthouse Bldg.
50 Walnut Street
Newark, NJ 07102

***Re:*** ***PIM Brands, Inc. v. New Cibo Vita, LLC*****,**
**Civil Action No. 2:25-CV-01418 (MEF-AME)**

Dear Judge Espinosa,

We are counsel for Plaintiff PIM Brands, Inc. in the above-referenced matter. Pursuant to the Court's text Order (D.I. 84), we write together with counsel for Cibo Vita, LLC to jointly propose the case schedule detailed below, and to confirm that trial counsel and clients with final settlement authority are available for a settlement conference on July 30, 2026.

| **Action** | **Deadline** |
|---|---|
| Substantial Completion of Document Production Responsive to Discovery Served Prior to May 13, including substantial completion relating to financial documents | June 8, 2026 |
| Serve Privilege Logs | June 8, 2026 |
| Serve Supplemental Initial Disclosures | June 8, 2026 |
| Serve 30(b)(6) Notices/Topics | June 15, 2026 |
| Designate 30(b)(6) Witnesses | June 22, 2026 |
| Exchange deponent availability for all noticed depositions and make good faith effort to align on deposition schedule; meet and confer on 30(b)(6) topics | June 29, 2026-July 3, 2026 |
| Target Fact Witness Deposition Window | July 9, 2026-September 14, 2026 |
| Settlement Conference | July 30, 2026 |
| Close of Fact Discovery | September 14, 2026 |
| Deadline for the party with the burden of proof on an issue to serve its expert report(s) on that issue | October 14, 2026 |
| Deadline for the Parties to serve responsive expert reports | November 16, 2026 |
| Deadline for the Parties to serve rebuttal expert reports | December 14, 2026 |
| Deadline to complete expert depositions | January 30, 2027 |

HERRICK, FEINSTEIN LLP One Gateway Center Newark, NJ 07102 Phone: 973.274.2000

| | |
|---|---|
| Deadline to file dispositive motions | February 28, 2027 |
| Final Pretrial Conference | Subject to the Court's availability |
| Trial | Subject to the Court's availability |

Cibo Vita is serving PIM with approximately 90 additional document requests today. By May 22, 2026, PIM will provide Cibo Vita with a timeline for producing documents responsive to these requests. Because the parties intend to conduct depositions between July 9, 2026-September 14, 2026, should an adjustment to the dates proposed above be required based on Cibo Vita's document requests to be served today, Cibo Vita will promptly bring the issue to the Court's attention.

If Your Honor has any questions regarding the proposed schedule, we are available for a conference at your convenience. Thank you for your attention to this matter.

Respectfully submitted,
*s/ David R. King*
David R. King
HERRICK, FEINSTEIN LLP
*Counsel for Plaintiff*

*s/ Liza M. Walsh*
Liza M. Walsh
WALSH PIZZI O'REILLY FALANGA LLP
*Counsel for Defendant*

cc: All Counsel of Record (via ECF)



4921-4222-6348 v.1
HF 18698264v.1