HERRICK

**David R. King**
**Partner**
Phone: 973.274.2002
Fax: 973.274.6407
dking@herrick.com

October 26, 2026

**VIA ECF**
Hon. André M. Espinosa, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

***Re:*** ***PIM Brands, Inc. v. New Cibo Vita, LLC,***
**Civil Action No. 2:25-CV-01418 (MEF-AME)**

Dear Judge Espinosa,

This firm represents Plaintiff PIM Brands, Inc. in the above-referenced matter.

We called this morning and spoke with Your Honor's Deputy Clerk, Joel De La Cruz, to advise of Plaintiff's intention to seek to seal information that Plaintiff deems highly confidential and sensitive disclosed during the October 23, 2026 conference on the parties' outstanding discovery disputes. We were advised by Mr. De La Cruz that the Court would restrict access to the recordings of the conference and copies of the transcript (once prepared) to counsel for the parties until a motion to seal can be filed in accordance with Local Civil Rule 5.3(c). We will prepare and file an appropriate motion to seal as soon as we are advised that the transcript has been prepared. We greatly appreciate the Court's understanding of the Plaintiff's concerns about the sensitivity of the information at issue. If the Court requires anything in the interim from Plaintiff with respect to this request, please advise and we will be happy to provide it.

Respectfully submitted,

s/ *David R. King*
David R. King

cc: All Counsel of Record (via ECF)