**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| PIM BRANDS, INC., Plaintiff, v. NEW CIBO VITA LLC, Defendant. | : | **Civil Action No. 25-01418-MEF-AME** **DISCOVERY ORDER** |

**THIS MATTER** having come before the Court on two discovery disputes, as follows: (1) the application by defendant New Cibo Vita LLC ("Cibo Vita") for an order compelling plaintiff PIM Brands, Inc. ("PIM") to produce documents and information on two topics, as set forth in the parties' joint dispute letter of July 21, 2026 [D.E. 102], as thereafter supplemented [D.E. 124 and 125], and (2) PIM's application for an order compelling Cibo Vita to provide supplemental responses to certain interrogatories and requests for admission, as set forth in the parties' joint dispute letter of July 21, 2026 [D.E. 103]; and the Court having considered the parties' letters and heard oral argument, conducted on the record, on October 23, 2026; and this Order being entered to memorialize the rulings issued during those proceedings; therefore, for the reasons set forth on the record,

**IT IS** on this 27th day of October 2026,

**ORDERED** that New Cibo's application for an order compelling PIM to produce certain discovery [D.E. 102] is **GRANTED IN PART and DENIED IN PART**, as follows:

1. <u>PIM's Fruit Snacks and Fruit 'N Yogurt Snacks: Ingredients and Manufacturing Process</u> – The parties shall meet and confer in an effort to tailor the scope of discovery requested by Cibo Vita and proposed production by PIM, in accordance with the guidance provided by the

Court during the October 23, 2026 hearing. The parties shall exchange proposals on or before November 6, 2026, and thereafter work cooperatively to agree on a list of items to be produced. No later than November 20, 2026, the parties shall file a joint letter advising the Court of their agreement and, insofar as discrete discovery issues remain unresolved, each party shall set forth its respective proposal supported by a brief explanation. That letter shall not exceed eight double-spaced pages, equally divided between the parties.

2. PIM's Yogofruits Product: Ingredients, Manufacturing and Promotion – Cibo Vita's request for an order compelling production of this material is denied. And it is further,

**ORDERED** that PIM's application for an order compelling Cibo Vita to provide supplemental discovery responses [D.E. 103] is **GRANTED IN PART and DENIED IN PART**, as follows:

1. Cibo Vita's Counterclaims: Testing, Lab Reports, and Other Related Bases for Certain Allegations – PIM's request for production of this material is granted. However, Cibo Vita shall disclose such information and produce the related documents on which its counterclaim is based at the time of expert discovery, that is, shall respond to this request on the date its expert disclosures must be served.

2. Cibo Vita's Identification of Advertising Claims – By agreement of the parties, this dispute is moot. No additional response is required.

3. Cibo Vita's Responses to Requests for Admission – PIM's request for an order compelling supplementation of these responses is denied. And it is further,

**ORDERED** that the fact discovery deadline is extended to January 21, 2027, but solely for the limited purpose of completing already-served discovery demands and noticed depositions; and it is further

**ORDERED** that, in view of the commercially sensitive information discussed during the October 23, 2026 hearing, the audio recording and transcript of that hearing shall be temporarily sealed pursuant to Local Civil Rule 5.3(c)(9), and the parties shall file a joint motion to seal in in accordance with the requirements of Local Civil Rule 5.3(c); and it is further

**ORDERED** that the next telephonic conference will be held on **January 21, 2027, at 2:30 p.m.**, to be joined by dialing 973-437-5535, access code 840 159 299#. A joint status letter shall be filed on or before January 18, 2027.

/s/ *André M. Espinosa*
ANDRÉ M. ESPINOSA
United States Magistrate Judge